UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:  CHAPTER 13
RYAN D. NELSON
MIRANDA M. NELSON  CASE NO. 09-71493

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:  Select Portfolio Servicing Inc.**          **Court claim #: 1**

**Last four digits** of any number used to identify the debtor's account: 1266

*Final Cure Amount*

| | | |
|---|---|---|
| Amount of Prepetition Arrears | $13,771.62 | (Per creditor proof of claim) |
| | +  250.00 | (Cost of collection) |
| Total | $14,021.62 | |
| Amount Paid by Trustee | $14,021.62 | |

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐   Thru the Chapter 13 Plan          ☒   Direct by Debtor(s)

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   2/13/2014                    /s/Lydia S. Meyer
                                      Lydia S. Meyer, Trustee
                                      308 W. State St., Suite 212
                                      Rockford, IL  61101

Certificate of Service

    I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 13th Day of February, 2014.

Dated:   2/13/2014                    /s/Cynthia K. Burnard

RYAN D. NELSON
MIRANDA M. NELSON
5626 ALMA DRIVE
ROCKFORD, IL  61108

ATTORNEY BRIAN A. HART
BRIAN A. HART LAW OFFICES
1410 N. MAIN STREET
ROCKFORD, IL  61103

SELECT PORTFOLIO SERVICING INC
PO BOX 65450
SALT LAKE CITY, UT 84165

FIRST FRANKLIN
PO BOX 1838
PITTSBURGH, PA  15230

SUSAN J NOTARIUS
KLUEVER & PLATT LLC
65 E WACKER PL  STE 2300
CHICAGO, IL 60601

PIERCE AND ASSOCIATES
ATTORNEYS AT LAW
1 NORTH DEARBORN SUITE 1300
CHICAGO, IL 60602