**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| Ryan D. Nelson and Miranda M. Nelson | No.  09-71493 |
| Debtor | Hon.  Thomas M. Lynch |

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

PLEASE TAKE NOTICE that on February 24, 2014, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

                 _____/s/ Meredith S. Fox_____

**Certificate of Service**

The undersigned certifies that she served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Brian A. Hart and Lydia Meyer on February 24, 2014.

                 _____/s/ Meredith S. Fox_____

Meredith S. Fox - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-236-0077

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Ryan D. Nelson and Miranda M. Nelson
5626 Alma Drive
Rockford, IL 61108

Lydia Meyer
Lydia Meyer - 13 Trustee
Rockford, IL 61105-4127

Brian A. Hart
Brian A Hart Law Offices PC.
1410 N. Main Street
Rockford, IL 61103
bhartlaw@mac.com